The Continental Bank & Trust Company of New York, as Successor Trustee, under a Certain Mortgage or Deed of Trust Dated March 16, 1926, made by Broadway-94th Street Realty Co., Inc., Plaintiff, v. Broadway-94th Street Realty Co., Inc., and Others, Defendants. In the Matter of the Application of Charles Shapiro, Petitioner, Appellant, for Permission to Sue Cornelius J. Smyth and John F. Murray, as Receivers, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

John Frumenti, Respondent, v. Yellow Taxi Corporation, Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Evelyn M. Neiderlander and Bert Neiderlander, Respondents, v. Thomas C. Dyas and New York Telephone Company, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ; Untermyer, J., taking no part,

Herbert D. Lewis, Appellant, v. Beatrice P. Lewis, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

R. L. Albert & Son, Inc., Respondent, v. Holland Cheese Co., Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Alexander H. Fishberg, Appellant, v. Abe Adler and Abe M. Parker, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Rose Dewitt Lewis, Respondent, v. Edmund Vaughn Lewis, Appellant.— Order unanimously reversed and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Antonio Molinelli and Joseph Marrone, Plaintiffs, v. The City of New York, Respondent. (Catherine Marrone, as Administratrix, etc., of Joseph Marrone, Appellant.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted, without prejudice to a renewal of the motion to dismiss for failure to prosecute, after the substitution is effected. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

James Sica, as Administrator, etc., of Daniel Saudo, Deceased, Respondent, v. Mutual Life Insurance Company of New York and Another, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.